# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **RONALD FAULKNER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:07CV281** |
| **vs.** ) | |
| ) | **ORDER** |
| **HOVEROUND CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

    This matter is before the court on defendant's motion for leave to file an amended answer [15]. Rule response time has passed and no objection was filed. Upon review of the proposed pleading, and pursuant to Fed. R. Civ. P. 15,

    **IT IS ORDERED** that defendant's Motion [15] is granted. Defendant shall file and serve the amended pleading on or before **December 10, 2007.** If applicable, plaintiff shall respond within the time allowed by Fed. R. Civ. P. 15(a).

    **DATED November 28, 2007.**

                                               **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                               **United States Magistrate Judge**