# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RONALD FAULKNER ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:07CV281 |
| v. ) | |
| ) | PROTECTIVE ORDER |
| HOVEROUND CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**IT IS ORDERED** that the terms of the parties' STIPULATION FOR PROTECTIVE ORDER [22] are hereby adopted by the court and shall become effective immediately.

**DATED May 7, 2008.**

           **BY THE COURT:**

           s/ F.A. Gossett
           **United States Magistrate Judge**